■ THE PEOPLE OF THE STATE OF NEW YORK v. LAURENCE CARROLL.— Motion to reargue denied. Concur. — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL WITT, JR.— Motion denied. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH RAMOS.—Enlargement of time granted. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CLYDE KENNETH VAN ORDEN.— Enlargement of time granted. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

## (May 13, 1959)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. COSTENZE P. VALENTI, Appellant, against JOHN J. McCLOSKEY, as Sheriff of the City of New York, et al., Respondents.— Motion granted only for leave to appeal to the Court of Appeals, otherwise denied. Settle order. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

## (May 14, 1959)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLARENCE H. JOHNSON, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of PLANET CONSTRUCTION CORPORATION, Appellant, against LAWRENCE E. GEROSA, as Comptroller of the City of New York, Respondent.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ THOMAS D. JENKINS et al., Respondents, v. NEW AMSTERDAM CASUALTY COMPANY, Appellant.— Determination unanimously affirmed, with costs to the respondents. No opinion. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ TIPPETTS-ABBETT-McCARTHY-STRATTON, Appellant, v. IGOR PEZAS, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ MAGDA, SHOR, Appellant, v. JOEL SHOR, Respondent, et al., Defendant.— Resettled order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ EILEEN LANGER et al., Appellants, v. CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ. [9 Misc 2d 1002.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH LESSER, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Brietel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.